US DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SUPBERCUB HOLDINGS, LLC, ET AL<br>**PLAINTIFF**<br><br>VS.<br><br>GOT DISTRIBUTION SPV, LLC<br>**DEFENDANT** | CAUSE NO. 4:23-CV-00888 |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

THIS SUMMONS IN A CIVIL ACTION, PLAINTIFFS' ORIGINAL COMPLAINT, EXHIBIT A, EXHIBIT B, EXHIBIT C FOR GOT DISTRIBUTION SPV, LLC C/O REGISTERED AGENT: CORPORATION TRUST COMPANY WAS RECEIVED BY ME ON TUESDAY, MARCH 14, 2023 AT 4:55 PM.

I DELIVERED THE ABOVE-MENTIONED DOCUMENTS TO NADIA BELLAMY WHO REPRESENTED THAT THEY WERE AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF GOT DISTRIBUTION SPV, LLC C/O REGISTERED AGENT: CORPORATION TRUST COMPANY ON WEDNESDAY, MARCH 15, 2023 AT 10:58 AM AT 1209 ORANGE STREET, WILMINGTON, DE 19801.

I AM OVER THE AGE OF EIGHTEEN, AND AM NOT A PARTY TO THIS CASE.

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.

WEDNESDAY, MARCH 15, 2023

*JOHN A. GARBER*

JOHN A. GARBER
Process Server


7143.1
DocID: P307678_1