### In the United States District Court
### Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| Supercub Holdings, LLC, Stephen Discher, and ISP Supplies, LLC | § § § § | |
| | § | Civil Action No.4:23-cv-00888 |
| v. | § § | |
| GOT Distribution SPV, LLC | § | |

## Certificate of Interested Parties

Pursuant to the Order for Conference and Disclosure of Interested Parties [Dkt. 3], the undersigned counsel of records for Plaintiffs Supercub Holdings, LLC ("**Supercub**"), ISP Supplies, LLC ("**ISP**"), and Stephen Discher ("**Mr. Discher**") certify that the following is a list of all known persons, associations of persons, firms, partnerships, corporations, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this litigation:

**Plaintiff-Related Parties**

1. Plaintiff ISP Supplies, LLC
    a. 100% owned by Supercub, which is 100% owned by Mr. Discher.

2. Plaintiff Supercub Holdings, LLC
    a. 100% owned by Mr. Discher

3. Plaintiff Stephen Discher;

4. Plaintiffs' counsel, Jim Aycock and Adam Robertson of Andrews Myers, P.C.

**Defendant-Related Parties**

1. Defendant GOT Distribution SPV, LLC

    a. Owned by GOT Distribution, LLC. Percentage of ownership is unknown.

2. GOT Distribution, LLC

    a. Ownership / membership is unknown.

3. Glenford Carty, Jr.

    a. Individual with an undisclosed ownership interest in Defendant GOT Distribution SPV, LLC.

4. Defendant's identified counsel, Sean Chichowski, Dustin Hillsley, and Priscilla Adame of Akerman, LLP

5. Defendant's identified counsel, Matthew Whitley and Seepan Parseghian of Beck Redden, LLP

6. Defendant's identified counsel, Stuart Rasley, Justin Opitz, Jon Finger and Allison W. Rosenzweig of McGuireWoods, LLP

If additional parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified during the pendency of this litigation, Plaintiffs will promptly file an amended certificate of disclosure.

Respectfully submitted,

By: */s/ Jim D. Aycock*

**Jim D. Aycock**
Attorney-in-Charge
Federal Bar No. 20675
Texas Bar No. 24034309
JAycock@andrewsmyers.com

ANDREWS MYERS, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
Telephone (713) 351-0371
Facsimile (713) 850-4211

*Attorney for Plaintiffs Supercub Holdings, LLC, Stephen Discher, and ISP Supplies, LLC*

**Of Counsel:**

**Adam L. Robertson**
Federal Bar No. 2561986
Texas Bar No. 24088941
ARobertson@andrewsmyers.com

ANDREWS MYERS, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
(713) 351-0358 – Telephone
(713) 850-4211 – Facsimile

Dated: March 29, 2023