# In the United States District Court
# Southern District of Texas
# Houston Division

| | | |
|---|---|---|
| Supercub Holdings, LLC, Stephen Discher, and ISP Supplies, LLC | § § § § § § § | Civil Action No. 4:23-cv-00888 |
| v. | | |
| GOT Distribution SPV, LLC | | |

## Plaintiffs' Rule 7.1 Disclosure

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Supercub Holdings, LLC ("**Supercub**"), ISP Supplies, LLC ("**ISP**"), and Stephen Discher ("**Mr. Discher**") make the following disclosures.

### Rule 7.1(a)(1) Disclosures

Pursuant to Rule 7.1(a), Supercub hereby certifies that it is a Texas limited liability company that has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1(a), ISP hereby certifies that it is a Texas limited liability company whose parent company is Supercub. ISP further certifies that no publicly-held corporation owns 10% or more of its stock.

## Rule 7.1(a)(2) Disclosures

ISP makes the following disclosure of every individual and entity whose citizenship is attributed to ISP:

> ISP's sole member is Supercub, which in turn is a Texas limited liability company, whose sole owner and member is Mr. Discher, a resident of the State of Texas.

Supercub makes the following disclosure of every individual and entity whose citizenship is attributed to Supercub:

> Supercub's sole owner and sole member is Mr. Discher, a resident of the State of Texas.

Mr. Discher makes the following disclosure of citizenship:

> Mr. Discher is a resident of the State of Texas.

Plaintiffs will supplement the above disclosure statements should any required information change.

[*Signature Block Next Page*]

Respectfully submitted,

By: */s/ Jim D. Aycock*

**Jim D. Aycock**
Attorney-in-Charge
Federal Bar No. 20675
Texas Bar No. 24034309
JAycock@andrewsmyers.com

ANDREWS MYERS, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
Telephone (713) 351-0371
Facsimile (713) 850-4211

*Attorney for Plaintiffs Supercub Holdings, LLC, Stephen Discher, and ISP Supplies, LLC*

**Of Counsel:**

**Adam L. Robertson**
Federal Bar No. 2561986
Texas Bar No. 24088941
ARobertson@andrewsmyers.com

ANDREWS MYERS, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
(713) 351-0358 – Telephone
(713) 850-4211 – Facsimile

Dated: March 29, 2023