IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SUPERCUB HOLDINGS, LLC, ET AL.** | § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| | | Civil Action No. 4:23-cv-00888 |
| v. | | |
| **GOT DISTRIBUTION SPV, LLC** | | |
| *Defendant*. | | |

## DEFENDANT GOT DISTRIBUTION SPV, LLC'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's March 14, 2023 Order for Conference and Disclosure of Interested Parties [Dkt. 3], Defendant GOT Distribution SPV, LLC serves this Certificate of Interested Parties:

1. Supercub Holdings, LLC is a Plaintiff herein and upon information and belief is not publicly traded.

2. Stephen Discher is a Plaintiff herein.

3. ISP Supplies, LLC is a limited liability corporation and is not publicly traded.

4. Jim D. Aycock and Adam L. Robertson of Andrews Meyers, P.C. are Plaintiffs' counsel herein.

5. GOT Distribution SPV, LLC is the Defendant herein and is not publicly traded.

6. GOT Distribution, LLC is a member in Defendant GOT Distribution SPV, LLC, and is not publicly traded.

7. Counsel for Defendant are Sean Cichowski, Dustin Hillsley, and Sean Santarelli from Akerman LLP, and Matthew Whitley and Seepan Parseghian from Beck Redden LLP.

If any new parties are added, or if additional persons or entities that are financially interested in the outcome of this litigation are identified at any time during the pendency of this litigation, Defendant GOT SPV will file an amended certificate with the Clerk.

Dated: March 30, 2023

Respectfully submitted,

**AKERMAN LLP**

By: /s/ Sean M. Cichowski
**Sean M. Cichowski**
Texas Bar No. 24062188
S.D. TX Bar No.: 1076539
sean.cichowski@akerman.com
1300 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
Phone: (713) 623-0887
Fax:    (713) 960-1527
**ATTORNEY-IN-CHARGE FOR DEFENDANT GOT DISTRIBUTION SPV, LLC**

**OF COUNSEL:**

**AKERMAN LLP**

**Dustin B. Hillsley** *\*to be admitted pro hac vice*
FL Bar No. 1018586
dustin.hillsley@akerman.com
201 East Las Olas Boulevard, Suite 1800
Ft. Lauderdale, FL 33301

**Sean A. Santarelli**
Texas Bar No. 24097264
S.D. TX Bar No.: 3479392
sean.santarelli@akerman.com
1300 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
Phone: (713) 623-0887

AND

**BECK REDDEN LLP**

**Matthew P. Whitley**
Texas Bar No. 24037703
S.D. TX Bar No.: 33589
mwhitley@beckredden.com
**Seepan V. Parseghian**
Texas Bar No. 24099767
S.D. TX Bar No.: 2953872
sparseghian@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas  77010
Telephone No. (713) 951–3700
Facsimile No. (713) 951–3720

## **CERTIFICATE OF SERVICE**

 I certify that a true and correct copy of the above and foregoing was served to all counsel of record via CM/ECF on March 30, 2023.

           /s/ *Sean M. Cichowski*
           **Sean M. Cichowski**