**In the United States District Court**
**Southern District of Texas**
**Houston Division**

| | | |
|---|---|---|
| Supercub Holdings, LLC, | § | |
| Stephen Discher, and ISP | § | |
| Supplies, LLC | § | |
| | § | Civil Action No.4:23-cv-00888 |
| v. | § | |
| | § | |
| GOT Distribution SPV, LLC | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that Adam L. Robertson of Andrews Myers, PC enters his appearance as additional counsel in the captioned matter on behalf of Plaintiffs Supercub Holdings, LLC, Stephen Discher, and ISP Supplies, LLC, and as a registered user of the Court's electronic filing system, hereby consents to electronic service of all documents filed in this action, including all notices, orders, and opinions issued by the Court pursuant to Local Rule CV-5(a)(3).

The office address, telephone, fax number and e-mail address for Mr. Robertson is as follows:

Adam L. Robertson
Federal Bar No. 2561986
Texas Bar No. 24088941
ARobertson@andrewsmyers.com
ANDREWS MYERS, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
(713) 351-0358 – Telephone
(713) 850-4211 – Facsimile

Jim D. Aycock of Andrews Myers, PC previously entered his appearance for Plaintiffs Supercub Holdings, LLC, Stephen Discher, and ISP Supplies, LLC.

Respectfully submitted,

By: */s/ Jim D. Aycock*

**Jim D. Aycock**
Attorney-in-Charge
Federal Bar No. 20675
Texas Bar No. 24034309
JAycock@andrewsmyers.com

ANDREWS MYERS, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
Telephone (713) 351-0371
Facsimile (713) 850-4211

*Attorney for Plaintiffs Supercub Holdings, LLC, Stephen Discher, and ISP Supplies, LLC*

**Of Counsel:**

**Adam L. Robertson**
Federal Bar No. 2561986
Texas Bar No. 24088941
ARobertson@andrewsmyers.com

ANDREWS MYERS, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
(713) 351-0358 – Telephone
(713) 850-4211 – Facsimile

Dated: March 30, 2023