Exhibit 7 to Defendant's 12(b)(1) Motion to Dismiss

GOT Distribution LLC's Schedule 1.7
Member Information as of December 31, 2022

## SCHEDULE 1.7
## MEMBER INFORMATION
*(As of December 31, 2022)*

| Members | Address | Class A-1 Units | Class A-2 Units [A] | Class B Units [B] | Initial Capital Contribution |
|---|---|---|---|---|---|
| GOT Investor | c/o GOT, 1001 Brickell Bay Drive #2719, Miami, FL 33131 | ■ | ■ | | $ ■ |
| GOT Sponsor | c/o GOT, 1001 Brickell Bay Drive #2719, Miami, FL 33131 | | | ■ | $ ■ |
| Mark Curnow | ■ Miami, FL 33131 | ■ | | | $ ■ |
| Joe Houghton | ■ Boca Raton, FL 33486 | ■ | | | $ ■ |
| Rare Global Enterprises Inc. | ■ San Diego, CA 92150 | ■ | | | $ ■ |
| Connected Capital GOT, LLC | ■ Miami, FL 33131 | ■ | | | $ ■ |
| SMM Ventures, LLC | ■ Miami, FL 33177 | ■ | | | $ ■ |
| Marin & Sons Strategies, LLC | ■ Miami, FL 33177 | ■ | | | $ ■ |
| Michael Curnow | ■ Honolulu, HI 96818 | ■ | | | $ ■ |
| The Marks-Smith Revocable Living Trust | ■ Sunnyvale, CA 94087 | ■ | | | $ ■ |
| Digital Blue Capital, LLC | ■ Overland Park, KS 66211 | ■ | | | $ ■ |
| Stephen H. Mills | ■ Mt Pleasant, SC 29466 | ■ | | | $ ■ |
| Vinay Medhekar | 3599 Grayson Ln Beaumont, TX 77713 | ■ | | | $ ■ |
| Hovanes Ferikian | ■ Montebello, CA 90640 | ■ | | | $ ■ |
| Pablo Webster | ■ Fairbanks, AK 99701 | ■ | | | $ ■ |
| Hanane Mafhoum, Geoffrey Gerard | ■ 5208, Miami, FL 33130 | ■ | | | $ ■ |
| Steve Discher | 10770 State Highway 30 Suite 200 College Station, TX 77845 | ■ | | | $ ■ |
| **TOTAL** | | ■ | ■ | ■ | $ ■ |

**Notes:**

**A:** The Class A-2 Distribution Threshold is $ ■

**B:** The Class B Distribution Threshold is $ ■