# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **SUPERCUB HOLDINGS, LLC, ET AL.** § § § | |
| *Plaintiffs*, § § | Civil Action No. 4:23-cv-00888 |
| v. § § | |
| **GOT DISTRIBUTION SPV, LLC** § § | |
| *Defendant*. § | |

## ORDER DISMISSING PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

Before the Court is Defendant GOT Distribution SPV, LLC's ("GOT SPV") Rule 12(B)(1) Motion to Dismiss Plaintiffs' Original Complaint [Dkt. 10] for lack of subject matter jurisdiction. After considering Defendant's Motion, Plaintiffs' response, if any, and any Reply, the Court finds that the Motion is meritorious and should be GRANTED.

The Court finds that Plaintiff Supercub Holdings, LLC, Stephen Discher, and ISP Supplies, LLC are all citizens of Texas for purposes of diversity jurisdiction. The Court further finds that Defendant GOT Distribution SPV, LLC is also a citizen of Texas for purposes of diversity jurisdiction. Therefore this Court does not have subject matter jurisdiction under 28 U.S.C. § 1332.

IT IS THEREFORE ORDERED that Plaintiffs' Complaint is hereby DISMISSED without prejudice and the clerk is instructed to close this matter.

Signed this ____ day of April, 2023

_____
UNITED STATES DISTRICT JUDGE