# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **SUPERCUB HOLDINGS, LLC, ET AL.** § § § | |
| *Plaintiffs*, § § | **Civil Action No. 4:23-cv-00888** |
| v. § § | |
| **GOT DISTRIBUTION SPV, LLC** § § | |
| *Defendant*. § | |

## DEFENDANT GOT DISTRIBUTION SPV, LLC'S RULE 7.1 DISCLOSURE STATEMENT SUBJECT TO ITS MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 7.1 Defendant GOT Distribution SPV, LLC makes the below disclosure statement, subject to its Motion to Dismiss [Dkt 10]:

1. ISP Supplies, LLC is a limited liability corporation and is not publicly traded. Its sole member is GOT Distribution SPV, LLC.

2. GOT Distribution SPV, LLC is a limited liability corporation and is not publicly traded. Its majority member is GOT Distribution, LLC and its minority member is Supercub Holdings, LLC.

3. Pursuant to Rule 7.1(a)(2), as jurisdiction in this case is based on diversity under 28 U.S.C. § 1332(a) and the parties are not diverse as described in Defendants' Motion to Dismiss [Dkt 10], Defendant GOT Distribution SPV hereby

69750538;1

names and identifies the citizenship of its individuals and entities whose citizenship is attributed to GOT Distribution SPV, LLC.

4. GOT Distribution, LLC is a limited liability corporation and is not publicly traded. Its members and their citizenship, where known, for purposes of diversity jurisdiction are as follows:

- Vinay Medhekar, a citizen of Texas;
- Stephen Discher, a citizen of Texas;
- GOT Investor I, LLC, a Delaware limited liability company and citizen of Florida;
- GOT Sponsor I, LLC, a Delaware limited liability company and citizen of Florida;
- Mark Curnow, upon information and belief, a citizen of Florida.
- Joe Houghton, upon information and belief, a citizen of Florida.
- Rare Global Enterprises, Inc., upon information and belief a citizen of California;
- Connected Capital GOT, LLC, a member limited liability company with members in Florida, Texas, Georgia, Illinois, Tennessee, and New York;
- SMM Ventures, LLC, a member limited liability company whose, and whose members upon information and belief are citizens of Florida;
- Marin & Sons Strategies, a member limited liability company whose, and whose members upon information and belief are citizens of Florida;
- Michael Curnow, upon information and belief a citizen of Hawaii;
- The Marks-Smith Revocable Living Trust, a member trust whose address was provided in California, and upon information and belief is a citizen of California;
- Digital Blue Capital, LLC, a member limited liability company whose address was provided in Kansas, and whose members, upon information and belief are citizens of Florida and Kansas;

- Stephen H. Mills, upon information and belief a citizen of South Carolina;
- Hovanes Ferikian, upon information and belief a citizen of California;
- Pablo Webster, upon information and belief a citizen of Alaska, and
- Hanane Mafoum and Geoffrey Gerard, upon information and belief citizens of Florida.

5. Supercub Holdings LLC is a Texas limited liability company, and its sole member is Stephen Discher, a Texas citizen.

If any new parties are added, or if additional persons or entities that are financially interested in the outcome of this litigation are identified at any time during the pendency of this litigation, Defendant GOT SPV will file an amended certificate with the Clerk.

Dated: April 5, 2023

Respectfully submitted,

**AKERMAN LLP**

By: /s/ Sean M. Cichowski
**Sean M. Cichowski**
Texas Bar No. 24062188
S.D. TX Bar No.: 1076539
sean.cichowski@akerman.com
1300 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
Phone: (713) 623-0887
Fax:     (713) 960-1527
**ATTORNEY-IN-CHARGE FOR DEFENDANT GOT DISTRIBUTION SPV, LLC**

**OF COUNSEL:**

**AKERMAN LLP**

**Dustin B. Hillsley** *\*to be admitted pro hac vice*
FL Bar No. 1018586
dustin.hillsley@akerman.com
201 East Las Olas Boulevard, Suite 1800
Ft. Lauderdale, FL 33301

**Sean A. Santarelli**
Texas Bar No. 24097264
S.D. TX Bar No.: 3479392
sean.santarelli@akerman.com
1300 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
Phone: (713) 623-0887

AND

**BECK REDDEN LLP**

**Matthew P. Whitley**
Texas Bar No. 24037703
S.D. TX Bar No.: 33589
mwhitley@beckredden.com
**Seepan V. Parseghian**
Texas Bar No. 24099767
S.D. TX Bar No.: 2953872
sparseghian@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas  77010
Telephone No. (713) 951–3700
Facsimile No. (713) 951–3720

69750538;1

## **CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of the above and foregoing was served to all counsel of record via CM/ECF on April 5, 2023.

                        /s/ *Sean M. Cichowski*
                        **Sean M. Cichowski**