# In the United States District Court
# Southern District of Texas
# Houston Division

| | | |
|---|---|---|
| Supercub Holdings, LLC, Stephen Discher, and ISP Supplies, LLC | § § § § § § § | |
| v. | | Civil Action No. 4:23-cv-00888 |
| GOT Distribution SPV, LLC | | |

## Joint Stipulated Notice of Dismissal without Prejudice

Plaintiffs Supercub Holdings, LLC, Stephen Discher, and ISP Supplies, LLC, along with Defendant Got Distribution SPV, LLC (collectively, the "**Parties**") stipulate to the dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

The Parties further agree that Plaintiffs and Defendant will bear their own respective costs and fees.

[*Signature Blocks Next Page*]

Respectfully submitted,

By: */s/ Jim D. Aycock*

**Jim D. Aycock**
Attorney-in-Charge
Federal Bar No. 20675
Texas Bar No. 24034309
JAycock@andrewsmyers.com

ANDREWS MYERS, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
Telephone (713) 351-0371
Facsimile (713) 850-4211

*Attorney for Plaintiffs*


By: */s/ Sean Cichowski*

**Sean M. Cichowski**
Texas Bar No. 24062188
S.D. TX Bar No. 1076539
Texas Bar No. 240
sean.cichowski@akerman.com
AKERMAN LLP
1300 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
Phone:     (713) 623-0887
Fax:        (713) 960-1527

*Attorney-in-charge for Defendant*

## Certificate of Service

I, the undersigned attorney, hereby certify that a true and correct copy of this instrument was served on all counsel of record for all parties via CM/ECF on April 26, 2023.

By: */s/ Jim D. Aycock*