United States District Court
Southern District of Texas
**ENTERED**
April 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Supercup Holdings, LLC, Stephen Discher, and ISP ISP Supplies, LLC | § § § § | |
| Plaintiffs, | § § | Civil Action No. H-23-888 |
| v. | § § | |
| GOT Distribution SPV, LLC, | § § | |
| Defendant. | § § | |

## ORDER

Pursuant to the Joint Stipulated Notice of Dismissal without Prejudice filed on April 26, 2023 the above referenced case is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this __27__ day of April, 2023.

DAVID HITTNER
United States District Judge